# EXHIBIT 2

Michael Kroner (and) Douglas Kroner
6130 Rain Bird Ct
North Las Vegas, NV 89031
725-227-4675
axe12+@gmail.com

FILED
FIFTH JUDICIAL DISTRICT
3/26/24
MAR 26 2024
Nye County Clerk
Deputy
Hillary Hoffman

Plaintiff,
Cecelia Long

vs

Defendant,
Michael Kroner and Douglas Kroner

Plaintiff Attorney:
Steele, LLP
Edgar C. Smith Esq.
3571 Red Rock St
Las Vegas NV 89103
(949) 222-1161

Case No: CV 24-0110

Department: 2

Complaint for Damages For:
1) Breach of Contract
2) Breach of Implied Conveant of Good Faith and Fair dealings
3) Restitution for Unjust Enrichment
4) Elder Abuse
5) Fraud in the IW Document
6) Claim and Delivery
7) Constructive Trust

~~Notice of~~ Motion for Change of Venue

I - Michael Kroner and I Douglas Kroner are asking for a motion for change of Venue. There are two reasons we are asking for a change. These 2 reasons are two of the three reasons asked for passed motions for change of Venue. 1) Conflict of intrest! The plaintiff has lived in Pahrump for 30 plus years, and knows most

people in town. She is friends with employees of the court. Two, Michael Kroner and Douglas Kroner both are residents of North Las Vegas NV 89031. This address is our mailing and physical address which a copy of Both persons above State IDentification are provided showing proof of Address. Defendiants are asking these proceedings be brought closer to them for Pahrump is over an hour and a half away and are pleading that Acqusations of 1-7 brought against them are false and have evidence to provide to the court whom hears this Claim. Thank you for your time in this matter.

Sincerly.
Michael Kroner and Douglas Kroner
[signatures]

NEVADA USA 1864 IDENTIFICATION CARD

BATTLE BORN



4d ID NO. [redacted]
3 DOB 08/17/1982
1 KRONER
2 MICHAEL ALAN
8 6130 RAIN BIRD CT
NORTH LAS VEGAS, NV 89031-1562

4a ISS 05/02/2023
4b EXP. 08/17/2024

15 SEX M
16 HGT 5'-10"
17 WGT 160 lbs
18 EYES BLU
19 HAIR BRO
5 DD 0001626797807528599943

08/17/82

21 0021312874501
DOB 08/17/1982
ISS 05/02/2023

Card Version:
05/24/2021

NEVADA USA 1864

DRIVER LICENSE

NOT FOR REAL ID PURPOSES



4d DL NO [redacted]
3 DOB 12/16/1955
1 KRONER
2 DOUGLAS EDWARD
8 6130 RAIN BIRD CT
NORTH LAS VEGAS, NV 89031-1682

9 CLASS C 9a END NONE
12 REST NONE

4a ISS 11/26/2022
4b EXP 12/16/2026

15 SEX M
16 HGT 5'-08"
17 WGT 190 lbs
18 EYES BRO
19 HAIR BRO
5 DD 000158400180738843151

12/16/55



BATTLE BORN

---

21 0020831538101

DOB 12/16/1955
ISS 11/26/2022

D68K

CLASS: C-CARS/VANS/PICKUPS; MAY TOW A VEH < 10,000 LBS

ENDORSEMENTS: None

RESTRICTIONS: None

Card Version:
05/24/2021