# EXHIBIT 3

State of Nevada

Rev. 133EE2B

# LETTER OF INTENT TO PURCHASE

March 11, 2023

Cecelia Long

Dear Cecelia Long,

This Letter of Intent (this "Letter") sets forth the mutual interest of Michael Kroner, Douglas Kroner, (collectively "Buyer") and Cecelia Long, ("Seller") regarding the possible purchase by Buyer (the "Transaction") of the following property owned by Seller (the "Property"): 2020 - 38' Grand Design Reflection 315 RLTS RV Travel Trailer . This Letter sets forth certain terms and conditions to be included in a future definitive purchase agreement (the "Purchase Agreement") with such other representations, warranties, conditions, covenants, indemnities and other terms as the parties may agree upon. The parties agree that their goal and interest herein is to bring about the Transaction, and thus, promise to negotiate the Purchase Agreement in good faith for the period set forth below.

**1. Purchase Price.** The purchase price for the Transaction shall be $36,000.00 (the "Purchase Price"). The Purchase Price shall be payable by Buyer as follows:

(A) $8,220.00 due upon the signing of this Letter. < No money

**2. Conditions.** The Transaction shall be subject to the satisfaction of the following conditions:

No payments made

(A). Buyer will pay off or take over payments on a 2012 5th wheel Winnebago Raven in the amount of 21480 or take over payments at $310 per month. Buyer will also supplement the rest of the remaining funds by monthly installments until paid in full.

did not do it

(B). Correction 2013 5th Wheel Winnebago Raven.

**3. Exclusivity.** Seller agrees that it will not negotiate directly or indirectly with any other party concerning the sale of the Property while this Letter is effective.

**4. Confidentiality.** The parties agree to apply strict confidentiality to the existence and the contents of this Letter, including any information shared or obtained in accordance with this Letter.

**5. Termination.** This Letter will automatically terminate upon the earliest of:

(A). the execution of the Purchase Agreement by the Parties

(B). the mutual written agreement of Buyer and Seller

(C). March 31, 2024

(D). If Monthly installments of a minimum of $300 is more then 60 days late then the letter of intent will be null in void. ~~The seller would have to refund all monies paid toward the property which is the 2020 Grand Design Reflection to the buyer within 60 days of the letter being terminated or null in void.~~ MK CL

**6. Governing Law.** This Letter and all matters thereto shall be governed by and construed in accordance with the laws of the State of Nevada, without giving effect to its conflict of laws principles.

**7. Non-binding.** This Letter is intended only as a reflection of the intention of the parties, and neither this Letter nor its acceptance shall constitute or create any legally binding or enforceable obligation on any party, except with regards to Exclusivity, Confidentiality, Termination and Governing Law.

**8. Miscellaneous.** This Letter contains the entire understanding between the parties and supersedes all previous agreements, if any, between the parties concerning the same or substantially similar subject matter. This Letter may be amended, supplemented or otherwise modified only in a writing signed by duly authorized representatives of each party. This Letter may be executed in counterparts, each of which shall be deemed an original and all of which together, shall constitute one and the same document. The section headings are for reference purposes only and shall not otherwise affect the meaning, construction or interpretation of any provision in this Letter.

**9. Other.** Seller agrees to include the wheelchair accessible ramp, the electric inverter. All other trailer accessories related to the Grand Design that has been agreed on.

If the foregoing terms and conditions are acceptable, please sign and return this Letter to the undersigned.

Very truly yours,

State of Nevada
County of Nye
This instrument was acknowledged before me on 03122023 by Michael Alan Kroner
(Notary Public)

Michael Kroner

State of Nevada
County of Nye
This instrument was acknowledged before me on 03122023 by Cecelia Mast Long
(Notary Public)

Douglas Kroner

ROBYN STEVENS
Notary Public, State of Nevada
No. 20-7629-14
My Appt. Exp. April 15, 2024

Agreed to and accepted by:

**Seller** Signature

Cecelia Long
**Seller** Full Name

State of Nevada
County of Nye
This instrument was acknowledged before me on 03122023 by Cecelia Long
(Notary Public)