# EXHIBIT 4

**Steele LLP**

3571 Red Rock Street • Las Vegas • Nevada • 92614 • Tel. (702)505-4291 • esmith@SteeleLLP.com

January 31, 2024

VIA OVERNIGHT DELIVERY

Douglas Kroner
850 Big Five Rd.
#49
Pahrump, NV 89048

Michael Alan Kroner
3279 S. Winchester Ct.
Unit #1
Amargosa, NV 89020

**DEMAND FOR PAYMENT OR SURRENDER OF PROPERTY and RETURN OF TITLE**

Our Client: Cecelia “Polly” Long
Property Description: 2020 Grand Design Reflection 315RLTS RV Travel Trailer; VIN #L325792

Dear Messrs. Kroner:

The undersigned is counsel for Cecilia Long, and we intend to bring suit against each of you for Breach of Contract, Fraud, Elder Abuse, and all other relevant causes of action for your failures to pay for the above-referenced property. This is the only letter I will send you before filing suit against each of you. A judgment for fraud and/or elder abuse is a public record, and I will make sure to record it in both Clark and Nye Counties. Further, I will seek recovery of all costs of suit, including attorney’s fees and punitive damages.

**DEMAND IS HEREBY MADE** that you surrender the RV Travel Trailer or $36,000.00 within **SEVEN** days of the date of this letter. The title to the vehicle must also be surrendered, with your signature(s) conveying title back to my client. The RV Travel Trailer and title must be delivered to my office during regular business hours. Call first to ensure our client, mechanic and I are available on the date you propose to deliver it. Failure to comply with this demand will result in commencement of suit against each of you.

Sincerely yours,

**STEELE LLP**

*Edgar C. Smith*
**EDGAR C. SMITH**
Nevada State Bar No. 5506